NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SUM, | ) No. C 09-00523 JF (PR) |
| Petitioner, | ) ORDER OF DISMISSAL |
| vs. | ) |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

On February 5, 2009, Petitioner, a California prisoner, filed a "notice of appeal" in which he states that he was convicted by a jury in January 2006 and that the sentence and conviction were "denied by court of appeal and review by supreme court was also denied." (Docket No. 1.) On the same day, the Clerk of the Court sent Petitioner a notice that he had not attached a complaint or petition to his pleadings. (See Docket No. 2.) Petitioner was warned that if he failed to submit a complaint or petition within thirty days from the date of the notice, the action would be dismissed. (Id.)

From the statement in his notice and the payment of a $5.00 filing fee, it

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.09\Sum00523_dismissal.wpd

appears that Petitioner is seeking a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In the interest of justice, the Court extended the time for Petitioner to file a petition, such that Petitioner had until July 19, 2009 to proceed with this action.  Petitioner was advised that failure to file a petition in accordance with the Court's order would result in dismissal of this action without further notice to Petitioner.  (Id.)

The deadline has since passed, and Petitioner has not filed a petition.  Accordingly, this action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: 7/30/09

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRIAN SUM,

          Petitioner,

  v.

PEOPLE OF THE STATE OF CALIFORNIA,

          Respondent.
                                            /

Case Number: CV09-00523 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Sum F-20945
CSP-SATF IV
Substance Abuse Treatment Facility
P.O. Box 5246; C-5; Cell-132
Corcoran, CA 93212

Dated: _____

                                              Richard W. Wieking, Clerk